145 So. 327

## F. B. RAY v. STATE.
### 6 Div. 270.

Supreme Court of Alabama.
Dec. 22, 1932.

Rehearing Denied Jan. 19, 1933.

Jas. H. Bradford, of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of F. B. Ray for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ray v. State, 145 So. 325.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.